Case 3:24-cv-00925-D-BN   Document 3   Filed 04/12/24   Page 1 of 11   PageID 4

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 1 2 2024
CLERK, U.S. DISTRICT COURT
By _____ KNB
     Deputy

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Frederick Stone #0655-23
Plaintiff's Name and ID Number

Ellis County Jail
Place of Confinement

3-24CV-925-D

CASE NO. _____
(Clerk will assign the number)

v. Anton Nikeska,
630 Farley St., Waxahachie, TX. 75165
Defendant's Name and Address

Tow Pro Wreckage Company
306 Moreview St., Red Oak, TX. 75154
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. **PREVIOUS LAWSUITS:**
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
           Plaintiff(s)_____
           Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned:_____
        6. Disposition: (Was the case dismissed, appealed, still pending?)_____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: _Ellis County Jail_

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___YES  ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ~~Anton Mikeska~~ _Frederick Stone, 300 South Jackson St., Waxahachie, TX. 75165_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Anton Mikeska, Waxahachie Police Dept. Detective, 630 Farley St., Waxahachie, TX. 75165_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _Defendant intentionally and knowingly took possess-_

Defendant #2: _Tow Pro Wreckage Company, 306 Moreview Street, Red Oak, TX. 75154_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. _Tow Pro Wreckage Company in violation of the_

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 02/15/2023 Anton Mikeska stole the Plaintiff vehicle by having Plaintiff's vehicle towed to the Waxahachie Police Department, did not notify Plaintiff he had possession of the Plaintiff's vehicle; held Plaintiff's vehicle and then had Tow Pro Wreckage Company tow Plaintiff's vehicle to Tow Pro Wreckage Company site in Red Oak, Texas. Tow Pro Wreckage Company then conspired with Anton Mikeska by violating the Transportation Code and Texas Vehicle Towing and Booting Act by inten-

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Order defendants to pay the Plaintiff the exact amount owed on the vehicle at the date of sale. The

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Frederick Stone, Frederick Esmond Stone

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#701929

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    _____ YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 04/05/24
            DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___5TH___ day of ___April___, 20 _24_.
              (Day)              (month)           (year)

_____
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

CONTINUE: PARTIES TO THIS SUIT

B.
Defendant #1

ion of Plaintiff's vehicle, did not notify Plaintiff in violation of the TEXAS TRANSPORTATION CODE. Defendant stole the Plaintiff's vehicle, and then conspired with Tow Pro Wreckage Company by releasing the Plaintiff's vehicle to Tow Pro Wreckage Company, without informing Tow Pro Wreckage Company that Plaintiff was incarcerated in the Ellis County Jail. Plaintiff was never notified his vehicle was in possession of Tow Pro Wreckage Company. Anton Mikeska knew that not informing Plaintiff that he possessed his vehicle it could be released to a towing company without the Plaintiff knowing, which would eventually end up in Plaintiff's vehicle eventually being sold.

CONTINUANCE: Added to have [?] each
Defendant #2 B.

TEXAS TRANSPORTATION Code Conspired in Stealing the Plaintiff's Vehicle by Taking Possession of the Plaintiff's Vehicle, Conspired with Anton Mikeska with Committing fraud in violation by alleging to had mailed out notifications to the Plaintiff, dealership, and Finance Company. Tow Pro Wreckage Company sold the Plaintiff's vehicle without notifying Plaintiff in order to conspire with Anton Mikeska in violation of the TEXAS Transportation Code, TEXAS Vehicle Towing and Booting Act by stealing and selling Plaintiff's vehicle. Tow Pro Wreckage committed fraud also by alleging to had mailed Plaintiff notification letters. But it was Tow Pro Wreckage Company objective to conspire in stealing Plaintiff's vehicle, commit conversion, fraud and to sell Plaintiff's vehicle without Plaintiff's authorization and in compliance with the TEXAS Transportation Code(s)

Continue: Statement Of Claim

tionally and knowingly not notifying Plaintiff they had taken possession of the Plaintiff's vehicle in order to profit from the possession. Tow Pro Wreckage Company then committed fraud by alleging to had attempted to contact Plaintiff, dealership, and finance company, and then sold Plaintiff's vehicle.

Tow Pro Wreckage Company committed conversion, and theft when it took possession from Anton Mikeska, and did not notify Plaintiff. Tow Pro Wreckage alleged it sent out notification(s). But the only certified notation was to an address the Plaintiff has never stayed at and is unaware of

Continued

VII. Relief:

defendants be ordered to reimburse the Plaintiff for the amount the Plaintiff has payed into the vehicle. The Court to order the defendants to pay the Court fee's and Attorney fees. The Court order the return or reimbursement of any item(s) removed from the vehicle. The Court order ~~Plaintiff~~ defendants to reimburse the Plaintiff for the amount Plaintiff spent to have his vehicle worked on by Yoruway Auto. And the Court to order the defendants to provide a detailed description in writing the condition of the vehicle when released from Waxahachie Police Department, and sold by Tow Pro Wreckage Company.

U.S. District Court for the
Northern Dist. of Texas
1100 Commerce St., Rm 1452
Dallas, TX. 75242

Date: 04/06/2024

3-24CV-925 D

Clerk,

Please find enclosed, a civil rights complaint, along with a motion to proceed in forma pauperis and statement.

Please also find enclosed a motion in request for an attorney.

Please have filed and said motion for an attorney presented to the court for ruling.

Frederick Stone
#24B00806
Ellis County Jail
Waxahachie, TX. 75165



Frederick Stone #24B00806
Ellis County Jail
300 S. Jackson St.
Waxahachie, Tx. 75165

Filed
4-12-24
Kinks

U.S. District Court for the
Northern District of Texas
1100 Commerce St., RM 1452
Dallas, Texas 75242

APR 12 2024